UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LESLIE L. SCHAFER,

    Plaintiff,                       District Judge Arthur J Tarnow

v.                                       Magistrate Judge R. Steven Whalen

STATE FARM MUTUAL INSURANCE     Case No. 08-13842
COMPANY, ET AL.,

    Defendants.
                                         /

## ORDER

Before the Court are the following motions:

(1) Plaintiff's Motion to Strike Defendant Wolverine Technical Staffing, Inc.'s Motion for Summary Judgment [Docket #58];[1]

(2) Defendant Basic Cobra Group Administrator's Motion for Leave to File Motion for Summary Judgment [Docket #64]; and

(3) Defendant State Farm's Motion to Compel Depositions [Docket #63].

For the reasons stated on the record on September 21, 2010, Plaintiff's Motion to Strike [Docket #58] is DENIED.

Defendant Basic Cobra Group Administrator's Motion for Leave to File Motion for Summary Judgment [Docket #64] is GRANTED.

Defendant State Farm's Motion to Compel Depositions [Docket #63] is GRANTED.

---

[1] Defendant State Farm filed a concurrence in Plaintiff's motion. *See* Docket #59.

SO ORDERED.

                                                  S/R. Steven Whalen
                                                  R. STEVEN WHALEN
                                                  UNITED STATES MAGISTRATE JUDGE

Dated: September 22, 2010

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 22, 2010.

                                                  S/G.Wilson
                                                  Judicial Assistant